

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-501-CV

WILLIAM EMMANUEL GLENN HARTFIELD                    APPELLANT

V.

TATIA LYNETTE HARTFIELD                    APPELLEE

----------

## FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On May 13, 2009, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). Tex. R. App. P. 38.6(a). We further notified appellant that, in accordance with Tex. R. App. P. 42.3(b), this appeal could be dismissed for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court on or before May 26, 2009, a motion reasonably explaining the failure to file a brief and the

---

[1] *See* Tex. R. App. P. 47.4.

need for an extension.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1).  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  June 11, 2009